IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SCOTT CASEY LANGLEY,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:15-CV-2676-L** |
| **CAROLYN W. COLVIN,** | § § | |
| **Acting Commissioner of Social Security,** | § § | |
| Defendant. | § § | |

# ORDER

Plaintiff Scott Casey Langley ("Langley") filed this appeal on August 17, 2015, seeking review of a final decision of the Commissioner of the Social Security Administration ("Commissioner"), pursuant to 42 U.S.C. § 405(g). The case was referred to Magistrate Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 1, 2016, recommending that the decision of the Commissioner be reversed and remanded for further proceedings consistent with his Report. No objections to the Report were filed.

After a review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the magistrate judge's Report.

**It is so ordered** this 27th day of June, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**