IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT CASEY LANGLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-CV-2676-L |
| | § | |
| NANCY A. BERRYHILL, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [ECF No. 26]. This motion is unopposed by the Commissioner. *See* Mot. 5. Upon consideration, the motion is GRANTED. Accordingly, Plaintiff is awarded $4,476.40 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Commissioner shall make the payment to Plaintiff's counsel of record by **June 29, 2018,** unless the parties agree to a different date.

SO ORDERED.

June 15, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE